MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN  (CABN 231705)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7021
   Fax: (415) 436-7234
   E-Mail: brigid.martin@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>         Plaintiff,                      )<br>                                         )<br>    v.                                   )<br>                                         )<br> RONALD GLENN JONES,                     )<br>                                         )<br>         Defendant.                      )<br>                                         )<br>_____  ) | No. CR 11-0541 EMC<br><br>[PROPOSED] ORDER EXCLUDING<br>TIME FROM OCTOBER 26, 2011<br>THROUGH NOVEMBER 30, 2011 |

The defendant, RONALD GLENN JONES, represented by Rita Bosworth, and the government, represented by Brigid Martin, Assistant United States Attorney, appeared before the Court on October 26, 2011, for a status hearing.  The defense requested that time be excluded under the Speedy Trial Act for effective preparation of counsel.  The government agreed that an exclusion of time was appropriate.  The matter was continued to November 30, 2011, to set further proceedings.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 26 and November 30, 2011, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 26 and November 30, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between October 26 and November 30, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____  10/28/11

